# JENNER&BLOCK

January 7, 2009

BY EMAIL

Constantin Luchian
DMCA Agent for WZ Communications, Inc.
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022-3908
Tel 212 891-1600
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

Gianni P. Servodidio
Tel : 212 891-1620
Fax: 212 909-0837

Re:   **DMCA Notification of Copyright Infringement at www.tube8.com**

Dear DMCA Designated Agent:

    We are contacting you on behalf of Ventura Content AVV ("Ventura"). Ventura is the owner of copyrights in a significant number of adult video works (the "Works"). Under penalty of perjury, we submit that we are authorized to act on behalf of Ventura in matters involving the infringement of their Works, including enforcing their copyrights and common law rights on the Internet.

    We believe a customer of WZ Communications, Inc., whose website is hosted by WZ Communications, Inc., is engaged in extensive copyright infringement of Works owned by Ventura. That customer is operating a website, www.tube8.com, at the IP address 208.88.224.91 at 4:00 a.m. (EST), November 19, 2009 (the "infringing website"). The infringing website hosts and distributes a number of video files corresponding to Ventura's copyrighted Works, in violation of longstanding principles of inducement, contributory, and vicarious liability under the copyright laws. We have attached documentation concerning the above-described infringement including a representative list of Works that are being infringed by the infringing website and information sufficient to enable you to identify the website operator. We have a good faith belief that the above-described activity is not authorized by the copyright owners, their agent, or the law.

    We are asking for your immediate assistance in stopping this unauthorized activity.

    You should understand that this letter constitutes notice to you that this website operator may be liable for the infringing activity occurring on your system or network. In addition, if you ignore this notice, you and/or your company may also be liable for any resulting infringement. This letter does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly reserved. We assert that the information in this notification is accurate, based on information available to us.

REC'D JAN 1 1 2010

Lawrence G. Walters, Esq.
January 7, 2010
Page 2


      Thank you in advance for your prompt assistance in this matter. If you have any questions, please feel free to contact me via e-mail at gps@jenner.com, via telephone at 212-891-1620, or via mail at the address above.


      Sincerely,

      */s/ Gianni P. Servodidio*

      Gianni P. Servodidio


Encl.

Lawrence G. Walters, Esq.
January 7, 2010
Page 3

## Infringement on Website www.extremetube.com

| Ventura Work | URL |
|---|---|
| ASP Vol. 2 | http://www.tube8.com/asian/lucy-thai-happy-ending/12388/ |
| BES Vol. 3 | http://www.tube8.com/anal/laura-s-anal-exam/31923/ |
| BSB Vol. 5 | http://www.tube8.com/teen/back-seat-brittney/29769/ |