# DECLARATION OF ALLISON VIVAS

TUCSON, AZ )
)
)

I, Allison Vivas, the undersigned, declare that:

1. I am the Authorized Representative for Ventura Content AVV ("Ventura"). Ventura is the owner of copyrights in and to a significant number of video works. I am authorized to act for Ventura on matters involving infringement of their copyrighted video works.

2. Pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), Ventura is requesting the attached proposed subpoena that would require WZ Communications, Inc., an Internet service provider, to disclose the identity, including the name, address, telephone number, and e-mail address, of the user operating at the following Internet addresses:

   IP addresses 208.88.224.91 on November 19, 2009 at 4:00 a.m. (EST)

3. The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this IP address who is infringing the copyrights of Ventura. This information will only be used for the purposes of protecting the rights owned by and granted to Ventura under the Copyright Act.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed in Tucson, AZ, on December 21, 2009

*Allison Vivas*
Allison Vivas

29086.1